IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 17-cr-00134-CMA-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SPENCER ANTOINE,

    Defendant.

## ORDER DENYING MOTION FOR COMPASSIONATE RELEASE

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the Motion (Doc. # 1288) is DENIED after complete review of the Motion on the merits.

FACTORS CONSIDERED:

- Mr. Antoine has not submitted sufficient evidence to demonstrate that his medical conditions constitute "extraordinary and compelling reasons" for him to be released;

- According to the Probation Office's analysis, Mr. Antoine "presents [a] risk to reoffend based on his criminal history." (Doc. # 1290 at 2.) As the Government correctly notes, that history includes "two prior adult felony convictions other than

the conviction in this matter, including a conviction for Possession of a Controlled Substance with the Intent to Distribute, and a conviction for Felon in Possession of a Firearm." (Doc. # 1293 at 10.) Based on these facts, the Court finds that Mr. Antoine's release would present a significant risk of danger to the public. *See* § 3553(a)(2)(C) (sentence must "protect the public from further crimes of the defendant"); and

- Mr. Antoine has served **less than one-third** of his sentence for the offense at issue in this case, which included a leadership role in gang-related drug distribution. (Doc. # 1290.) Such a drastic sentence reduction would not "reflect the seriousness of the offense, . . . promote respect for the law, [or] . . . provide just punishment for the offense." § 3553(a)(2)(A).
- Thus, Mr. Antoine has not demonstrated that "extraordinary and compelling reasons" exist, and the §3553(a) factors do not favor his release.

DATED: September 30, 2020

BY THE COURT:

*Christine M Arguello*
CHRISTINE M. ARGUELLO
United States District Judge